AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.  **25-10537**

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for **BROOKESTONE FUNDING INC.**
was recieved by me on **10/22/2025:**

☐  I personally served the summons on the individual at *(place)* on *(date)* ; or

☐  I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

☒  I served the summons on **NYS Department Of State/Consuelo Aguilera**, who is designated by law to accept service of process on behalf of **BROOKESTONE FUNDING INC.** at **99 Washington Ave. 1 Commerce Plaza (6th floor) via New York Secretary of State, Albany, NY 12260** on **10/23/2025 at 2:03 PM**; or

☐  I returned the summons unexecuted because ; or

☐  Other *(specify)*

My fees are $ 0 for travel and **$ 120.00** for services, for a total of **$ 120.00**.

I declare under penalty of perjury that this information is true.

Date:  10/23/2025

*Server's signature*

**Gregory Joseph Overacker**
*Printed name and title*

**36 Henry Street**
**Mohawk, NY 13407**

*Server's address*

Additional information regarding attempted service, etc:

**I delivered the documents, SUMMONS; FIRST AMENDED COMPLAINT,  to NYS Department Of State/Consuelo Aguilera who identified themselves as the person authorized to accept with identity confirmed by subject stating their name. The individual accepted service with direct delivery. The individual appeared to be a brown-haired Hispanic female contact 35-45 years of age, 5'4"-5'6" tall and weighing 140-160 lbs.  Served to Consuelo Aguilera as office assistant 1 designated to accept service for NYS department of state**



Tracking #: **0192037938**

