AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.    2:25-cv-10537-TGB-APP

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for **ISAAC QUBRUSI**
was recieved by me on **10/22/2025:**

[X]   I personally served the summons on the individual at **14 Saxony Dr, Oakhurst, NJ 07755** on **10/24/2025 at 2:17 PM**; or

[ ]   I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

[ ]   I served the summons on *(name of individual)* , who is designated by law to accept service of process on behalf of *(name of  organization)*; or

[ ]   I returned the summons unexecuted because ; or

[ ]   Other *(specify)*

My fees are $ 0 for travel and **$ 105.00** for services, for a total of **$ 105.00**.

I declare under penalty of perjury that this information is true.

Date:   10/24/2025

*Server's signature*

**Elizabeth Rodriguez**
*Printed name and title*

**103 Woodfern Rd
Branchburg, NJ 08853**

*Server's address*

Additional information regarding attempted service, etc:

**I delivered the documents, FIRST AMENDED Complaint; Summons,  to ISAAC QUBRUSI with identity confirmed by subject stating their name. The individual accepted service with security camera (documents left, seen by subject). The individual appeared to be a male contact with an accent.  (347) 462-6151 called him and he said to leave it by their main door security camera all over the place.**




Tracking #: **0192278347**