# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| MARK W. DOBRONSKI, an individual | Case No. 2:25-cv-10537 |
| Plaintiff, | |
| v. | Hon. Terrence G. Berg |
| BROOKESTONE FUNDING, INC., ISAAC QUBRUSI, an individual, and ALBERT KATZ, an individual | |
| Defendants. | |

_____/

## NOTICE OF APPEARANCE

Jeffrey A. Turner of Miller Johnson hereby enters his appearance as counsel for all Defendants in the above-captioned matter.

                                      MILLER JOHNSON
                                      *Attorneys for Defendants*

Dated: November 17, 2025        By: /s/      *Jeffrey A. Turner*
                                              Jeffrey A. Turner (P85291)
                                              500 Woodward Avenue, Ste. 3600
                                              Detroit, MI 48226
                                              (313) 672-6950
                                              turnerj@millerjohnson.com