**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

MARK W. DOBRONSKI, an individual          Case No. 2:25-cv-10537

      Plaintiff,

v.

BROOKESTONE FUNDING, INC.,
ISAAC QUBRUSI, an individual, and          Hon. Terrence G. Berg
ALBERT KATZ, an individual

      Defendants.

_____/

**STIPULATED ORDER OF DISMISSAL WITH PREJUDICE**

This matter having come before the Court by stipulation of the parties and the Court being otherwise advised:

WHEREAS, the parties have reached a settlement and have executed a settlement agreement;

WHEREAS, the Plaintiff agrees to dismiss this action with prejudice and without costs as to all Defendants.

THEREFORE, IT IS HEREBY ORDERED that this case is dismissed with prejudice and without costs.   The Court retains jurisdiction to enforce the terms of the settlement agreement.

Dated: December 16, 2025

s/Terrence G. Berg
Hon. Terrence G. Berg
U.S. District Court Judge

Stipulated as to form and substance:

_____
MARK W. DOBRONSKI
Plaintiff

/s/ *Jeffrey A. Turner*
_____
By: Jeffrey A. Turner (P85291)
MILLER JOHNSON
Attorney for Defendants

MJ_ND 4903-0979-1106v1                    2